STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
Special Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    wistar.wilson@usdoj.gov

Attorneys for United States of America

```
FILED
July 6, 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 5:11-cr-00809-MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF DISMISSAL;** [PROPOSED] **ORDER** |
| JAIME MIGUEL CORDERO, JR., | ) |
| Defendant. | ) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned Information against Jaime Miguel Cordero, Jr., and moves that the Court quash the arrest warrant issued in connection with the Information in this case against him.

DATED:    July 5, 2022                                Respectfully submitted,

                                                            STEPHANIE M. HINDS
                                                            United States Attorney

                                                                   /s/
                                                            E. WISTAR WILSON
                                                           Special Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

Leave is granted to the government to dismiss the above-captioned Information against Jaime Miguel Cordero, Jr. It is further ordered that the arrest warrant issued in connection with the Information in this case is quashed.

DATED: July 6, 2022

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge